UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JONATHAN D. BRUMLEY, ) <br> ) <br> Defendant. ) <br> ) | Crim. No.: 6:14-CR-32-GFVT-HAI-2 <br><br> **ORDER** |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

This matter is before the Court on the Recommended Disposition ("R&R") of United States Magistrate Judge Hanly A. Ingram [R. 121] filed herein on April 17, 2017. The Defendant, Jonathan D. Brumley, was charged with two violations of his Supervised Release. [*Id*. at 2.]

Defendant first violated the terms of his supervised release in January 2017. On January 29, 2017, the Defendant was arrested by the Kentucky State Police and charged with driving under the influence, failure to wear a seat belt, failure to produce an insurance card, and failure to maintain required insurance-first offense in violation of Kentucky law. [*Id*. at 2; *See* R. 114.] The United States Probation Office submitted a 12A Report on Offender Under Supervision requesting that this Court take no action during the pendency of the state proceedings on this charge. This Court approved the Probation Officer's request. [R. 114.]

Defendant's second violation of the terms of his supervised release is outlined in the Supervised Violation Report from the United States Probation Office submitted on March 9,

2017. The Report charged Brumley with two violations after he tested positive for amphetamine and methamphetamine on March 8, 2017. [*See* R. 121 at 2.] Defendant submitted a written admission to the probation office for using methamphetamine on March 4, 2017. [*See id*.] Violation One is for purchasing, possessing, using, distributing, or administering any type of controlled substance. This is a Grade C violation. Violation Two is for committing another federal, state or local crime. This is a Grade B violation. [*See id*.]

Upon evaluation of the entire record, Magistrate Judge Ingram issued an R&R recommending revocation; a term of imprisonment of six months; and supervised release for twenty-four months from the date of release of incarceration. [*Id*. at 8.] The Defendant submitted a response to the R&R indicating he did not object to the Magistrate's findings or sentencing recommendation. [R. 122.] Further, the Defendant waived his right of allocution. [R. 122-1.]

Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Parties who fail to object to a Magistrate's recommended disposition are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and it agrees with the Magistrate Judge's Recommended Disposition.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The Magistrate's Recommended Disposition [**R. 121**] as to Johnathan D. Brumley

is **ADOPTED** as and for the Opinion of the Court;

      2.    Mr. Brumley is found to have violated the terms of her Supervised Release as set forth in the Petition filed by the United States Probation Office and the Recommended Disposition of the Magistrate Judge;

      3.    Mr. Brumley's Supervised Release is **REVOKED**; and

      4.    Mr. Brumley is hereby sentenced to a term of incarceration for **six (6) months** with **twenty-four (24) months** of supervised release to follow.

This the 2nd day of May, 2017.

Gregory F. Van Tatenhove
United States District Judge